IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-2128-KMT

CARLOS BRITO, Individually,

    Plaintiff,

vs.

R.P. ONE, LLC, a Colorado Limited Liability Company,

    Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE
---

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted this 28th day of April, 2020,

| /s/ John P. Fuller | /s/ Susan G. Pray |
|---|---|
| John P. Fuller, Esq. | Susan G. Pray, Esq. |
| Fuller, Fuller & Associates, P.A. | Miles M. Dewhirst, Esq. |
| 12000 Biscayne Blvd., Suite 502 | Dewhirst & Dolven, LLC |
| North Miami, FL 33181 | 650 S. Cherry St., Suite 600 |
| Telephone: (305) 891-5199 | Denver, CO 80246 |
| Facsimile: (305) 893-9505 | Telephone: (303)757-0003 |
| jpf@fullerfuller.com | Fascimile: (303)757-0004 |
| and | spray@dewhirstdolven.com |
| Kara W. Edmunds, Esq. | mdewhirst@dewhirstdolven.com |
| Edmunds Law Firm | *Attorneys for Defendant, R.P. One* |
| 2280 Forest Avenue | |
| Boulder, CO 80304 | |
| Telephone: (303) 953-0863 | |
| kara@kwelaw.com | |
| *Attorneys for Plaintiff, Carlos Brito* | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of April, 2020, a true and correct copy of the above was e-filed and e-served via CM/ECF which will send automatic notification of said filing to all active counsel of record.

John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502 North Miami, FL 33181
Tel. (305) 891-5199
jpfi Jullerfuller.com

Kara W. Edmunds, Esq. Edmunds Law Firm
2280 Forest Avenue
Boulder, CO 80304
Tel. (303) 953-0863
kara@kwelaw.com

Susan G. Pray, Esq.
Miles Milton Dewhirst, Esq.
Dewhirst & Dolven, LLC
650 S. Cherry St., Suite 600
Denver, CO 80246
spray@dewhirstdolven.com
mdewhirst@dewhirstdolven.com

                                               */s/ John P. Fuller*
                                               Fuller, Fuller & Associates, P.A.